No. 04-01-00504-CV


Susan TROTTER, et al.,

Appellants


v.


Susan A. KORP, M.D.,

Appellee


From the 288th Judicial District Court, Bexar County, Texas

Trial Court No. 2000-CI-02104

Honorable John J. Specia, Judge Presiding


PER CURIAM

 

Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Sandee Bryan Marion, Justice 


Delivered and Filed: January 9, 2002


DISMISSED


 Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the
appeal. See Tex. R. App. P. 42.1(a)(2). Costs of appeal are taxed against the parties who incurred
them. 

 PER CURIAM

DO NOT PUBLISH